BOLESLAW BRZOZOWSKI and JADWIGA BRZOZOWSKI, His Wife, Appellants, v. ANNA F. BOUTINGER, ELIZABETH AHLERS, CAROLINE DANZER and ANNA F. BOUTINGER, as Administratrix, etc., of ANNA B. WOEHR, Deceased, Respondents.— In an action for breach of contract or for money had and received, tried on stipulated facts before the court without a jury, plaintiffs appeal from a judgment in favor of defendants. Judgment unanimously affirmed, with costs. The three defendants, sole heirs and next of kin of their mother (one of whom was the administratrix of the mother's estate), executed as individuals a contract to sell to the plaintiffs certain real property formerly of their mother. Defendants thereafter conveyed the property. The contract contained the assignment, in the usual form, to plaintiffs, in lieu of any part of the property taken for street-opening purposes after the contract was signed, any award made to defendants for the part so taken. Thereafter the mother's administratrix received an award of damages for the closing of a street on which the property fronted in part, which closing took place in the mother's lifetime long before the contract of sale was signed. The paragraph in the contract relating to an award for street opening had no relation to the street closing. Plaintiffs contend that apart from the contract the closing award passed to them as real property under the deed. It was stipulated at the trial that the closing gave rise to a claim for damages by the mother of the defendants. That claim passed to the mother's administratrix, who did not sign either the contract or the deed. Lazansky, P. J., Hagarty, Carswell and Taylor, JJ., concur; Adel, J., concurs in result.

CROSS BAY LUMBER CO., INC., Respondent, v. HERBERT J. HARRIS and MARION BAKER HARRIS, Appellants.— Action upon three promissory notes. Order granting plaintiff's motion to strike out defendants' answer and for summary judgment under rule 113, Rules of Civil Practice, and judgment entered thereon, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

EINSON-FREEMAN CO., INC., Respondent, v. STANLEY & PATTERSON, INC., Appellant.— Action for damages for breach of warranty. Defendant appeals from an order denying defendant's motion, made pursuant to section 476 of the Civil Practice Act and rules 113 and 114 of the Rules of Civil Practice, for summary judgment dismissing the complaint and for partial summary judgment on defendant's counterclaim; and from an order granting reargument of the above motion and on reargument adhering to the original decision. Order entered on reargument, in so far as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Appeal from the original order dismissed. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.